

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:23-mj-1082-RJ |
| | ) | |
| v. | ) | |
| | ) | |
| TRENTON L. MURRAY. | ) | CRIMINAL INFORMATION |

The United States Attorney charges that:

On or about June 9, 2023, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, The Defendant, TRENTON L. MURRAY, did enter Marine Corps Air Station Cherry Point, a military installation, for a purpose prohibited by lawful regulation, to wit: entering the BT-11 Restricted Bombing Range Prohibited Area by boat, in violation of 18 U.S.C. § 1382.

MICHAEL F. EASLEY, JR.
United States Attorney

By: _____
TYLER W. WINSLOW
Special Assistant U.S. Attorney
Criminal Division